AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 08/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. | ▭, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. | SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. | FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. | FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. | FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. | SHS TRUSTMARK BANK COMMON | C | Dividend | M | T | | | | | |
| 8. | IRA-WELLS FARGO-FIRST EAGLE SOGEN FDS INC GLOBAL FD CL A | D | Dividend | M | T | | | | | |
| 9. | IRA-WELLS FARGO-AMERICAN FUNDS-NEW PERSPECTIVE | C | Dividend | L | T | | | | | |
| 10. | IRA-WELLS FARGO-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 11. | SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 12. | AMERICAN FUNDS-INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 13. | AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 14. | FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 15. | FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 16. | IRA-WELLS FARGO-VAN KAMPEN FD-VAN KAMPEN GROWTH & INCOME | B | Dividend | L | T | | | | | |
| 17. | IRA-WELLS FARGO-AMERICAN FUNDS-GROWTH FUND OF AMERICA | D | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA-WELLS FARGO-ALLSTATE LIFE INS T-LINK ANNUITY | | None | M | T | | | | | |
| 19. IRA-WELLS FARGO-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 20. IRA-WELLS FARGO-PIMCO FUNDS-PAC INVT MGMT COM REAL RET STRAT | A | Dividend | K | T | | | | | |
| 21. IRA-WELLS FARGO-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | K | T | | | | | |
| 22. PUTNAM FUNDS-PUTNAM FLOATING RATE INCOME FD CL C | B | Dividend | L | T | | | | | |
| 23. IRA-WELLS FARGO-CASH | A | Interest | J | T | | | | | |
| 24. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 25. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 26. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | A | Interest | K | T | | | | | |
| 27. AMERICAN FUNDS-TAX EXEPMT BOND FUND CL A | A | Interest | K | T | | | | | |
| 28. ING FUNDS INTERMEDIATE BOND FUND | A | Dividend | | | Sold | 06/27/13 | K | B | |
| 29. PUTNAM DIVERSIFIED INCOME TR | B | Dividend | K | T | | | | | |
| 30. IRA-WELLS FARGO-CALAMOS NEW MARKET NEUTRAL CL I | B | Dividend | L | T | | | | | |
| 31. IRA-WELLS FARGO-GROWTH FUND OF AMERICA CL FI | C | Dividend | L | T | | | | | |
| 32. IRA-WELLS FARGO-HOTCHKIS & WILEY LARGE CAP VAL CL I | B | Dividend | M | T | | | | | |
| 33. IRA-WELLS FARGO-FIRST EAGLE FDS INC GLOBAL | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY-NUVEEN DIVID ADVANT. MUN FD | B | Dividend | | | Sold | 12/31/13 | K | A | |
| 35. FIDELITY-NUVEEN PREMIER MUN INC FD | B | Dividend | K | T | | | | | |
| 36. FIDELITY-NUVEEN INVT QUALITY MUN FUND | C | Dividend | K | T | | | | | |
| 37. FIDELITY-NUVEEN QUALITY INCOME MUN FUND | B | Dividend | | | Sold | 12/31/13 | K | A | |
| 38. FIDELITY-NUVEEN SELECT QUALITY MUN FUND | A | Int./Div. | K | T | | | | | |
| 39. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 40. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | A | Dividend | J | T | | | | | |
| 41. TEMPLETON GLOBAL BOND FUND | B | Dividend | K | T | | | | | |
| 42. PROCTOR & GAMBLE | A | Dividend | K | T | | | | | |
| 43. GENERAL MILLS | A | Dividend | K | T | | | | | |
| 44. IRA-TEMPLETON INCOME TR GLOBAL ADV | A | Dividend | L | T | | | | | |
| 45. IRA-PIMCO GLOBAL MULTI ASSET | B | Dividend | | | Sold | 12/31/13 | L | A | |
| 46. IRA-LORD ABBOT SHORT DURATION INCOME | A | Dividend | K | T | | | | | |
| 47. IRA-LOOMIS SAYLES STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 48. IRA-LOOMIS SAYLES INVT GRADE BOND | B | Dividend | L | T | | | | | |
| 49. IRA-INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 50. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. IRA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 52. IRA-GATEWAY FUND | B | Dividend | L | T | | | | | |
| 53. IRA-FIDELITY ADV NEW INSIGHTS | D | Dividend | L | T | | | | | |
| 54. IRA-FIDELITY ADV STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 55. IRA-DOUBLELINE TOTAL RETURN BOND | A | Dividend | M | T | | | | | |
| 56. IRA-BOND FUND OF AMERICA | B | Dividend | | | Sold | 07/25/13 | M | D | |
| 57. IRA-AT&T | B | Dividend | K | T | | | | | |
| 58. IRA-CASH | A | Interest | L | T | | | | | |
| 59. FIDELITY ADV EMERGING MKTS | A | Dividend | L | T | | | | | |
| 60. IRA-TEMPLETON GLOBAL BOND | A | Dividend | K | T | | | | | |
| 61. NUVEEN TN MUNI BD | C | Interest | M | T | Buy (add'l) | 01/03/13 | M | | |
| 62. COLUMBIA ACORN CLASS Z | C | Dividend | K | T | | | | | |
| 63. IRA-PIMCO ALL ASSET ALL AUTHORITY | A | Dividend | K | T | | | | | |
| 64. IRA-FIDELITY ADVISOR SER VII EMERG MKT INC | A | Dividend | K | T | | | | | |
| 65. NUVEEN TN MUNI BD | A | Interest | K | T | | | | | |
| 66. FIDELITY-BLACKROCK MUNI INC QUALITY | A | Interest | K | T | | | | | |
| 67. FIDELITY-BLACKROCK MUNIYIELD QUALITY | B | Interest | | | Sold | 11/25/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. FIDELITY-NUVEEN DIV ADVANTAGE MUNI | B | Interest | K | T | | | | | |
| 69. FIDELITY-NUVEEN MUN OPPORTUNITY FD | B | Interest | K | T | | | | | |
| 70. FIDELITY-NUVEEN PERFORMANCE PLUS MUN | B | Interest | K | T | | | | | |
| 71. FIDELITY-NUVEEN PREM INC MUN FD 2 | A | Interest | K | T | | | | | |
| 72. FIDELITY-ISHARES S&P 500 GROWTH ETF | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 73. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | Buy | 06/12/13 | K | | |
| 74. FIDELITY-ISHARES CORE S&P 500 ETF | A | Dividend | L | T | Buy | 06/12/13 | K | | |
| 75. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 76. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 77. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 78. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 79. ING SR INCOME FD CL C | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 80. IRA-WELLS FARGO FPA FDS TR CRESCENT PORTFOLIO | C | Dividend | L | T | Buy | 07/25/13 | L | | |
| 81. IRA-WELLS FARGO HIGHLAND FDS FLTG RATE OPPORTUNITY | B | Dividend | L | T | Buy | 07/26/13 | L | | |
| 82. IRA-WELLS FARGO NUVEEN BUILD AMER BD FD | C | Interest | K | T | Buy | 07/25/13 | K | | |
| 83. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | A | Interest | K | T | Buy | 05/17/13 | K | | |
| 84. SCHWAB-CAPLEASE INC 8.125% PFD | B | Interest | | | Buy | 05/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold | 11/06/13 | K | A | |
| 86. SCHWAB-EXCEL TRUST 8.125% | A | Interest | K | T | Buy | 05/17/13 | K | | |
| 87. SCHWAB-FIRST POTOMAC 7.75% | A | Interest | K | T | Buy | 05/17/13 | K | | |
| 88. SCHWAB-GLIMCHER REA 8.125% | A | Interest | K | T | Buy | 05/16/13 | K | | |
| 89. SCHWAB-HERSHA HOSP 8% | A | Interest | K | T | Buy | 05/23/13 | K | | |
| 90. SCHWAB-KITE REALTY 8.25% | B | Interest | K | T | Buy | 05/17/13 | K | | |
| 91. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | Buy | 05/16/13 | J | | |
| 92. SCHWAB-NORTHSTAR REA 8.25% | A | Interest | K | T | Buy | 05/16/13 | K | | |
| 93. SCHWAB-PEBBLEBROOK HOTEL 8% | B | Interest | K | T | Buy | 05/23/13 | K | | |
| 94. SCHWAB-STAG INDL 6.25% | A | Interest | J | T | Buy | 09/30/13 | J | | |
| 95. SCHWAB-SUMMIT HOTEL 7.7875% | A | Interest | K | T | Buy | 05/28/13 | K | | |
| 96. SCHWAB-COMMONWEALTH TH R 7.25% PFD | A | Interest | K | T | Buy | 11/25/13 | K | | |
| 97. SCHWAB-UMH PROPERTIES 8.25% PFD | A | Interest | J | T | Buy | 11/25/13 | J | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCALLA, JON P. | 08/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN [REDACTED], SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 14
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 15
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 08/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JON P. MCCALLA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544